IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE N. BRAGGS,<br><br>          Petitioner,<br><br>     v.<br><br>JAMES A. WALKER, Warden,<br><br>          Respondent. | No. C 10-01006 SBA (PR)<br><br>**ORDER OF DISMISSAL** |

This action was opened in error when the Court received a habeas petition form from Petitioner that was intended to be filed as an amended petition in a previously-filed action -- Case No. C 09-3450 SBA (PR). Petitioner did not note the date his signed the original petition in Case No. C 09-3450 SBA (PR); therefore, his amended petition now reflects that he signed it on February 22, 2010. Petitioner filed his amended petition along with an in forma pauperis application; however, he did not indicate that they were to be filed in Case No. C 09-3450 SBA (PR). Therefore, as mentioned above, a new action was opened.

Petitioner currently has two separate habeas actions pending, although he meant to file only one action. Accordingly, the Clerk is directed to remove Petitioner's amended petition from this action along with his in forma pauperis application and any other documents filed by Petitioner. The Clerk is then directed to file them in his previously-filed action, Case No. C 09-3450 SBA (PR). The Clerk is further directed to mark his "Amended Petition," in forma pauperis application and all other documents as filed on the dates they were received by the Court. The Court will review his amended petition, in forma pauperis application, and any other pending motions in a separate written Order in Case No. C 09-3450 SBA (PR).

The present action is DISMISSED because it was opened in error. No filing fee is due. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 3/26/10

                                                  SAUNDRA BROWN ARMSTRONG
                                                  United States District Judge

P:\PRO-SE\SBA\HC.10\Braggs1006.Error.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GEORGE N BRAGGS,

        Plaintiff,

  v.

JAMES A WALKER et al,

        Defendant.

Case Number: CV10-01006 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 31, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Noah Braggs F-49725
California State Prison - Sacramento
P.O. Box 290066
Represa, CA 95671-0066

Dated: March 31, 2010

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.10\Braggs1006.Error.wpd   2